FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 3 1 2026 ★
LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEE MENDELSON FILM PRODUCTIONS INC., | ) | Case No.: 1:26-cv-3026 |
| Plaintiff, | ) | |
| v. | ) | |
| BUCKLE-DOWN INC. | ) | |
| Defendant. | ) | |

## STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, Plaintiff Lee Mendelson Film Productions, Inc. ("LMFP") owns and administers the copyright in the musical composition entitled "Linus and Lucy," composed by jazz pianist Vince Guaraldi (the "Composition");

WHEREAS, the Composition was duly registered with the United States Copyright Office on April 26, 1965, bearing Registration Number Eu 879495, and the registration for the Composition was duly renewed on December 17, 1993, bearing Registration Number RE 650749;

WHEREAS, LMFP alleges that defendant Buckle-Down, Inc. ("Buckle-Down") created and posted on Instagram and TikTok promotional videos (the "Accused Videos") that incorporated the Composition and advertised Buckle-Down's products;

WHEREAS, LMFP commenced this action alleging that Buckle-Down infringed LMFP's copyright in the Composition by creating and posting the Accused Videos on social media platforms without a license or authorization from LMFP; and

WHEREAS, LMFP and Buckle-Down have agreed to resolve this action pursuant to the terms set forth below.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Within 10 business days of entry of this Stipulated Final Judgment and Permanent Injunction by the Court, Buckle-Down shall pay the sum of $27,500 to LMFP on or before July 30, 2026, pursuant to wiring instructions to be provided. Buckle-Down will execute such documents and undertake such other steps as are necessary to ensure that the foregoing payment is made in a timely fashion.

2. Buckle-Down and its officers, agents, servants, representatives, directors, affiliates, employees, successors, assigns and licensees and any other entities which Buckle-Down controls, and all persons or companies in active concert and/or participation with any of them or acting on their behalf, are hereby permanently enjoined and restrained from directly, indirectly, or secondarily infringing the copyright in the Composition or any other musical compositions or sound recordings the copyrights to which are owned in whole or in part by LMFP ("LMFP Copyrights"), including without limitation by reproducing any portions of LMFP Copyrights in social media posts or other forms of advertising, marketing or promotional materials.

3. Buckle-Down irrevocably and fully waives any and all rights to appeal this Stipulated Final Judgment and Permanent Injunction, to have it vacated or set aside, or otherwise to attack it in any way or in any forum or jurisdiction.

4. Nothing contained in this Stipulated Final Judgment and Permanent Injunction shall limit LMFP's right to seek relief, including without limitation, damages and/or contempt sanctions, for any and all infringements of LMFP Copyrights occurring after the date this Stipulated Final Judgment and Permanent Injunction is entered.

s/ JMW

U.S.M.J.

5. The Court shall retain jurisdiction over this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Stipulated Final Judgment and Permanent Injunction.

s/ JMW

COWAN, LIEBOWITZ & LATMAN, P.C.

By: ________________________ 7/29/26

Jonathan Z. King (jzk@cll.com)
John S. Miranda (jsm@cll.com)
Avanthi M. Cole (amc@cll.com)
114 West 47th Street
New York, NY 10036
(212) 790-9200

LAW OFFICES OF MARC JACOBSON, PLLC

By: ________________________ 7/27/26

Marc Jacobson
440 East 79th Street, 11th Fl
New York, NY 10075
(516) 459-0436
marc@marcjacobson.com

*Attorneys for Lee Mendelson Film Productions, Inc*

LEE MENDELSON FILM PRODUCTIONS, INC.

By: ________________________ 7/27/2026

Jason Mendelson, Chairman

GISH PLLC

By: ________________________

David Lamb (David.lamb@gishpllc.com)
41 Madison Avenue, Floor 31
New York, NY 10010
212-518-2331

*Attorneys for Buckle-Down Inc*

BUCKLE-DOWN, INC.

By: Ross Jabelson CEO
[Name, Title]

APPROVED AND ORDERED this 31st day of July, 2026

s/ James M. Wicks
U.S.M.J.

James M. Wicks
Hon. James M. Wicks
U.S. Magistrate Judge
Eastern District of N.Y.

34098/000/7200670.v1